UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-1531 JAK (JEMx) | Date | Nov. 29, 2016 |
|---|---|---|---|
| Title | *Lucidus Tech Co. v. EKO Development Limited, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | CS 11/29/2016 | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel M. Cislo<br>Peter S. Veregge<br>Janet Parker Ailstock | Albert Justin Lum<br>Peter K. Chu |

**Proceedings:**   **ORDER REGARDING SETTLEMENT CONFERENCE**

The above-captioned action came on for a Settlement Conference.

The parties and their lead counsel were present.

The Court dispensed with a joint session.

The Court privately caucused with the parties and their lead counsel.

The matter was resolved in its entirety.

The Court appreciates the professionalism and cooperation of the parties and their lead counsel.

*It is so ordered*.

cc:   Hon. John A. Kronstadt
      Parties of Record

|  |  | 10 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | kh | |