**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCIDUS TECH CO, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EKO DEVELOPMENT LIMITED, a China Company, and Does 1 through 20, inclusive,<br><br>　　　　Defendant. | CASE NO. 16-CV-01531 JAK (JEMx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** <mark>JS-6</mark> |

## ORDER DISMISSING CASE WITH PREJUDICE

     Plaintiff Lucidus Tech Co and defendant EKO Development Ltd. (collectively, the "Parties") have entered into a confidential settlement agreement ("Agreement") to resolve this action.  The Parties stipulated to request the Court to sequentially reopen the case, retain jurisdiction to enforce the settlement agreement, and then dismiss the case with prejudice.  The Court has already signed orders to (a) reopen the case, and (b) retain jurisdiction.

     Therefore, the Court hereby dismisses this case WITH PREJUDICE.

     **IT IS SO ORDERED.**

Dated: March 28, 2017

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE